

RECEIVED
AUG 14 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

### UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **HAROLD GUIDRY and LINDA GUIDRY** | * CASE NO. 6:05-cv-1922 |
| | * |
| | * JUDGE: REBECCA F. DOHERTY |
| VS. | * |
| | * MAGISTRATE: MILDRED E. METHVIN |
| **C.R. BARD, INC.** | * |
| | * JURY PRAYER |

**************************************

### STIPULATION OF DISMISSAL

NOW INTO COURT, through undersigned counsel, come plaintiffs, HAROLD GUIDRY and LINDA GUIDRY defendant, C.R. BARD, INC., who, pursuant to Rule 41 of the Federal Rules of Civil Procedure, stipulate to the dismissal of defendant, C.R. BARD, INC., each party to bear their own costs, and reserving plaintiffs' rights against all other parties.

SO ORDERED this ___14___ day of ___August___, 2006.

_____
DISTRICT JUDGE



_____
Aaron W. Guidry - #21632)
Porter & Guidry, L.L.C.
100 Rue Iberville, Suite 100
Lafayette, LA 70508
Tel: 337-289-0626
Fax: 337-289-0625
**Attorney for plaintiffs,**
**Harold Guidry and Linda Guidry**

_____
Stanton E. Shuler, Jr. - #19152
LEAKE & ANDERSSON, L.L.P.
1100 Poydras Street
1700 Energy Centre
New Orleans, LA  70163
Tel./ (504) 585-7500
Fax./(504) 585-7775
**Attorney for defendant, C.R. Bard, Inc.**